IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARIQ WYATT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-3778 |
| | : | |
| MUNICIPALITY OF COMMONWEALTH OF PHILADELPHIA, et al. | : : | (consolidated with Civil Action No. 14-1205) |

**<u>ORDER</u>**

AND NOW, this 31st day of March 2021, upon consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to Prosecute and Motion for Summary Judgement, and pro se Plaintiff Tariq Wyatt's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 49) is GRANTED. Judgment is entered in favor of Defendants.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.