UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TARIQ WYATT #LA2506,
    Plaintiff,

v.

MUNICIPALITY OF COMMONWEALTH
OF PHILADELPHIA, et al,
    Defendants.

CIVIL ACTION
No. 16-3778

(CONSOLIDATED WITH
Civil Action No. 14-1205)

## NOTICE OF APPEAL

Notice is hereby given that, TARIQ WYATT #LA2506, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 3rd Circuit, from the final judgment from an order granting defendants summary judgment, dismissing plaintiffs case, entered in this action on the 31st day of March 2021 by justice JUAN. R. Sanchez.

DATED: April 18, 2021

Respectfully,
TARIQ WYATT, #LA2506
[signature] #LA2506
SCI-MAHANOY

TARIQ WYATT # GR5506
SCI - MAHANOY
301 MOREA ROAD
Frackville, PA. 17932

LEGAL MAIL

INMATE MAIL
PA DEPT OF CORRECTIONS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
Philadelphia, PA - 19106-9865





U.S. POSTAGE >> PITNEY BOWES
ZIP 17932
02 4W
0000364159 APR 20 2021
$ 000.51⁰